UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JEANNE E. TSAKERES ET AL | : | |
| | : | |
| V. | : | C.A. NO. 05-286ML |
| | : | |
| WYETH, INC. ET AL | : | |

**AFFIDAVIT / CERTIFICATE OF PROOF OF SERVICE ON DEFENDANT GREENSTONE LTD.**

I, Jeffrey M. Padwa, say of my own personal knowledge that:

1. I am an attorney licensed to practice law in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. The Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about June 30, 2005.

3. According to the State of Delaware, Office of the Secretary of State, Defendant Greenstone Ltd. is a Delaware corporation with an agent for service of process listed as The Corporation Company, 30600 Telegraph Road, Bingham Farms, MI 48025.

4. On June 30, 2005, a copy of the Summons and Complaint were mailed by certified mail, return receipt requested to The Corporation Company (Agent for Service of Process), 30600 Telegraph Road, Bingham Farms, MI 48025.

5. The attached return receipt indicates that the copy of the Summons and Complaint were delivered on July 5, 2005. See copy of Return Receipt, attached hereto.

[signature]
Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 12th day of July, 2005.

Jennifer A. Daluz
Notary Public
My Commission Expires: 1-29-07

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE CORPORATION COMPANY
(RESIDENT AGENT FOR
GREENSTONE LTD.)
30600 TELEGRAPH ROAD
BINGHAM FARMS, MI 48025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X The Corporation Company
☐ Addressee

B. Received by (Printed Name) JUL

C. Date of Delivery 5 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. 7004 1160 0005 9788 0842

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JEFFREY M. PADWA
MANDELL, SCHWARTZ & BOISCLAIR
ONE PARK ROW
PROVIDENCE, RI 02903

ATTN: JD (TSAKERES)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

JEANNE E. TSAKERES, ET AL

V.

WYETH, INC., ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 05 286ML

TO: (Name and address of Defendant)

The Corporation Company
30600 Telegraph Road
Bingham Farms, MI 48025
Resident Agent for Greenstone Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Padwa, Esquire
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
401-273-8330

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6/30/05

(By) DEPUTY CLERK Francis P McCabe

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE July 5, 2005 |
|---|---|
| NAME OF SERVER *(PRINT)* Jeffrey M. Padwa | TITLE Counsel for Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): **See Affidavit/Certificate of Proof of Service and Return Receipt (Copy), attached hereto.**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/12/05
Date

[signature]
Signature of Server

One Park Row, Providence, RI 02903
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.