UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUL 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JEANNE E. TSAKERES and ALAN P. TSAKERES | : | CIVIL ACTION NO. |
| | : | 1:05CV00286(ML) |
| Plaintiffs, | : | |
| VS. | : | |
| WYETH, INC., WYETH PHARMACEUTICALS, INC., PHARMACIA & UPJOHN COMPANY, PFIZER, INC., GREENSTONE, LTD. and BARR LABORATORIES, INC. | : | |
| Defendants. | : | JULY 13, 2005 |

**JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANTS, WYETH, INC. AND WYETH PHARMACEUTICALS, INC. TO RESPOND TO THE COMPLAINT**

It is hereby stipulated and agreed by and between plaintiffs, and defendants, Wyeth, Inc. and Wyeth Pharmaceuticals, Inc. ("Wyeth") that the time in which Wyeth is required to file a responsive pleading to Plaintiff's' Complaint in this action is extended for an additional thirty (30) days, until August 24, 2005. Counsel for Wyeth makes this request in order to have sufficient time to investigate the allegations of the Complaint and to prepare an appropriate response.

PLAINTIFFS, JEANNE E. TSAKERES and ALAN P. TSAKERES

By ____________________
Jeffrey M. Padwa, Esq. (#5130)
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
Tel. (401) 273-8330
Fax (401) 751-7830
Their Attorneys

DEFENDANTS, WYETH, INC. and WYETH PHARMACEUTICALS, INC.

By ____________________
Joseph K. Scully (#6217)
*jkscully@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Their Attorneys

Enter: Mary M. Lisi USDJ 7/18/05

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

Jeffrey M. Padwa, Esq.
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
*Attorneys for Plaintiffs*

Joseph K. Scully