RECEIVED

JUL 21 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JEANNE E. TSAKERES AND ALAN P. TSAKERES,

Plaintiffs,

v.

WYETH, INC., ET AL.,

Defendants.

C.A. No. 05-286 ML

# STIPULATION

Plaintiffs Jeanne E. Tsakeres and Alan P. Tsakeres and Defendants Pharmacia & Upjohn Company LLC and Pfizer, Inc. hereby stipulate and agree, pursuant to Local Rule 22(a), that the time for Pharmacia & Upjohn Company LLC and Pfizer, Inc. to answer or otherwise respond to Plaintiffs' Complaint and Jury Demand is hereby extended until August 25, 2005.

JEANNE E. TSAKERES AND
ALAN P. TSAKERES
By their Attorneys,

[signature]

JEFFREY M. PADWA (#5130)
MANDELL, SCHWARTZ,
BOISCLAIR, LTD.
One Park Row
Providence, RI 02903
Tel: (401) 273-8330
Fax: (401) 751-7830
Dated: July 20, 2005

PHARMACIA & UPJOHN COMPANY LLC
and PFIZER, INC.
By their Attorneys,

[signature]

JOHN A. TARANTINO (#2586)
DAVID A. WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: July 21, 2005

339366_1.doc

Enter: Mary M. Lisi USDJ 7/20/05

**CERTIFICATE OF SERVICE**

I hereby certify that on 21st day of July, 2005 I served a copy of the within by ~~hand delivery~~/first class mail, postage prepaid, upon the following counsel of record:

Jeffrey M. Padwa, Esq.
Mandell, Schwartz, Boisclair, Ltd.
One Park Row
Providence, RI 02903

339366_1.doc