UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUL 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JEANNE E. AND ALAN P. TSAKERES, Plaintiff

v.

WYETH, INC., et al., Defendants

C.A. No. 05-0286/ML

**STIPULATION**

Plaintiffs and defendant Barr Laboratories, Inc. agree that Barr Laboratories, Inc. may have up to and including August 24, 2005 to answer or otherwise respond to the complaint.

Jeffrey M. Padwa, Esq., #5130
Mandell, Schwartz & Boisclair, Ltd.
Attorneys for Plaintiffs
One Park Row
Providence, RI 02903
(401) 273-8330
(401) 751-7830 [FAX]

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
Barr Laboratories
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Matthew V. Brammer, Esq.
Jacqueline Sheridan, Esq.
Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
(513) 698-5024
(513) 698-5025 [FAX]

Dated: July 22, 2005

Enter: Mary M. Lisi USDJ 7/26/05