**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JEANNE E. TSAKERES and ALAN P. TSAKERES | : | CIVIL ACTION NO. |
| | : | 1:05CV00286(ML) |
| Plaintiffs, | : | |
| VS. | : | |
| | : | |
| WYETH, INC., WYETH PHARMACEUTICALS, INC., PHARMACIA & UPJOHN COMPANY, PFIZER, INC., GREENSTONE, LTD. and BARR LABORATORIES, INC. | : | |
| | : | |
| Defendants. | : | JULY 25, 2005 |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned, **JOSEPH K. SCULLY**, as attorney for defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc. in the above-captioned matter.

DEFENDANTS, WYETH, INC. and WYETH PHARMACEUTICALS, INC.

By ______________________

Joseph K. Scully (#6217)
*jkscully@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Their Attorneys

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

Jeffrey M. Padwa, Esq.
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
*Attorneys for Plaintiffs*

Joseph K. Scully