**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JEANNE E. TSAKERES and ALAN P. TSAKERES<br><br>Plaintiffs,<br><br>VS.<br><br>WYETH, INC., WYETH PHARMACEUTICALS INC., PHARMACIA & UPJOHN COMPANY, PFIZER, INC., GREENSTONE, LTD. and BARR LABORATORIES, INC.<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:05CV00286(ML) |

## CONSENT MOTION FOR AN EXTENSION OF TIME TO ANSWER

1. This case is one of more than five hundred pending federal cases in which plaintiffs seek relief in connection with their use of the prescription drug Prempro

2. On March 4, 2003, the Judicial Panel on Multidistrict Litigation (the "MDL Panel") ordered that centralization pursuant to 28 U.S.C. § 1407 was appropriate for the litigation concerning claims for relief by Prempro users, and the Panel issued a Transfer Order assigning the litigation to Judge William R. Wilson, Jr. of the Eastern District of Arkansas. *See In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW (E.D. Ark.).

3. Pursuant to Rules 1.1, 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants Wyeth (incorrectly named in the Complaint as "Wyeth, Inc.") and Wyeth Pharmaceuticals Inc. (hereinafter collectively "Wyeth") will promptly notify the Panel that this case qualifies as a "tag-along" action. It is to be expected that the Panel will shortly issue a Conditional Transfer Order listing this case.

4. Under Practice and Procedure Order No. 1of *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, Wyeth is relieved of its obligation to answer

complaints in "tag-along" actions, and one of two answers on file with the MDL court are deemed the answer in such actions.

5. Accordingly, Wyeth moves this Court for an extension of time to answer or otherwise respond to the Complaint through and including the day that transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished pursuant to 28 U.S.C. § 1407.

6. Wyeth has consulted with counsel for plaintiff, who consents to this extension of time.

DEFENDANTS WYETH and WYETH PHARMACEUTICALS INC.

By ______________________

Joseph K. Scully (#6217)
*jkscully@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

-and-

Kevin C. Cain (# 3960)
*kcain@peabodyarnold.com*
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100
(617) 951-2125 (fax)

Their Attorneys

DATED: August 11, 2005

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was mailed on August 11, 2005, by first class mail, postage prepaid, to:

Jeffrey M. Padwa, Esq.
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
*Attorneys for Plaintiffs*

John A. Tarantino
David A. Wollin
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Flr.
Providence, RI 02903
*Attorneys for Defendants Pharmacia & Upjohn Company LLC and Pfizer, Inc.*

Joseph K. Scully