UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
AUG 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JEANNE E. AND ALAN P. TSAKERES, Plaintiff | ) | C.A. No. 05-0286/ML |
| v. | ) | |
| WYETH, INC., et al., Defendants | ) | **ENLARGEMENT STIPULATION** |

WHEREAS, Plaintiffs initiated this action against Defendants Wyeth, Inc., Wyeth Pharmaceuticals, Inc., Greenstone Ltd., Pharmacia & Upjohn Company, Pfizer, Inc., and Barr Laboratories, Inc.;

WHEREAS, this matter involves allegations of product liability relating to hormone replacement pharmaceutical drugs allegedly taken by Plaintiff Jeanne Tsakeres and manufactured by one or all of the Defendants;

WHERAS, on March 4, 2003 the Judicial Panel on Multidistrict Litigation granted a motion to consolidate lawsuits relating to hormone replacement therapy pursuant to 28 U.S.C. §1407 and created *In Re Prempro Products Liability Litigation*, MDL-1507, and transferred all Prempro litigation to the Eastern District of Arkansas, Western Division (Judge William R. Wilson);

WHEREAS, the Wyeth Defendants will identify this case as a "tag-along" action and it is expected that the Panel will shortly issue a Conditional Transfer Order transferring this case to the MDL Court;

WHEREAS; Defendants Wyeth Inc., Wyeth Pharmaceuticals Inc., Greenstone Ltd., Pharmacia & Upjohn Company LLC, Pfizer Inc., and Barr Laboratories, Inc. have filed Master Answers in the MDL Court;

Enter: Mary M. Lisi USDJ 8/19/05

NOW THEREFORE, Plaintiff and Defendant Barr Laboratories, Inc., through their undersigned counsel, hereby agree that Barr Laboratories need not answer, move or otherwise respond to the Complaint pending the entry of a conditional Transfer Order and the transfer of this matter to the MDL.

Jeffrey M. Padwa, Esq., #5130
Mandell, Schwartz & Boisclair, Ltd.
Attorneys for Plaintiffs
One Park Row
Providence, RI 02903
(401) 273-8330
(401) 751-7830 [FAX]

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
Barr Laboratories
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Matthew V. Brammer, Esq.
Jacqueline Sheridan, Esq.
Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
(513) 698-5024
(513) 698-5025 [FAX]

Dated: ~~July~~ August 15, 2005