UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JEANNE E. TSAKERES AND ALAN P. TSAKERES, | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 05-286 ML |
| WYETH, INC., ET AL., | : | |
| Defendants. | : | |

**MOTION OF DEFENDANTS PHARMACIA & UPJOHN COMPANY LLC AND PFIZER INC. FOR EXTENSION OF TIME**

Defendants Pharmacia & Upjohn Company LLC and Pfizer Inc. hereby move for an extension of time through and including the day that this case is transferred to In re Prempro Products Liability Litigation, MDL-1507, for Pharmacia & Upjohn Company LLC and Pfizer Inc. to answer or otherwise respond to Plaintiffs' Complaint and Jury Demand. Pursuant to Local Rule 12(a)(1), a memorandum in support of this motion is not required. For the reasons set forth below, Defendants request that their motion be granted.

This case is a "tag-along action" to the multi-district litigation pending in the United States District Court for the Eastern District of Arkansas, In re Prempro Products Liability Litigation, MDL-1507 ("Multi-District Litigation"). On or about August 11, 2005, the Judicial Panel on Multi-District Litigation filed a conditional transfer order involving, among others, the instant case. See Correspondence and Conditional Transfer Order filed August 11, 2005 ("Transfer Order") attached hereto as Exhibit A. Therein, the Panel transferred the instant action to the Multi-District Litigation and stayed the Transfer Order for fifteen days to allow any party to file a notice of opposition to the transfer. All such oppositions are due on or before August

26, 2005. To Defendants' knowledge, no oppositions have been filed to date, and this case will be transferred to the Multi-District Litigation.

Accordingly, Defendants request an extension of time to answer or otherwise respond to Plaintiffs' Complaint and Jury Demand through and including the day that transfer of this case to the Multi-District Litigation is accomplished pursuant to 28 U.S.C. § 1407.

Counsel for Defendants have conferred with counsel for Plaintiffs regarding this motion, and counsel for Plaintiffs has no objection to this motion.

PHARMACIA & UPJOHN COMPANY LLC
and PFIZER INC.
By their Attorneys,

JOHN A. TARANTINO (#2586)
DAVID A. WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: August 22, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2005, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Jeffrey M. Padwa, Esq.
Mandell, Schwartz, Boisclair, Ltd.
One Park Row
Providence, RI 02903

*342928_1.doc*