SCANNED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JEANNE E. TSAKERES, et al | : | |
| | : | |
| vs. | : | C.A.NO. 05-286 ML |
| | : | |
| WYETH, INC, et al. | : | |

MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE*
OF ROBERT K. JENNER, ESQ.

Plaintiffs hereby move that Robert K. Jenner, Esq., of the law firm of Janet, Jenner & Suggs, LLC, be admitted *Pro Hac Vice* in the above referenced case as associate trial counsel along with local associate counsel identified below, on the following grounds.

- This case involves a complex area of the law, Mass Tort Pharmaceutical Litigation, in which Robert K. Jenner, Esq., specializes.
- This case involves complex legal questions under the law of a foreign jurisdiction with which Robert K. Jenner, Esq, is familiar.
- This case requires extensive discovery in a foreign jurisdiction, which Robert K. Jenner, Esq., is familiar.

Plaintiffs' Complaint asserts causes of action to recover damages for personal injuries against the manufacturers of hormone replacement therapy ("HRT") medication for their design, promotion, testing, manufacturing, labeling, distribution, and sale of HRT drugs.

The Judicial Panel on Multidistrict Litigation determined that HRT cases involve complex common questions of fact concerning (i) the development, testing, manufacturing and marketing of HRT drugs, and (ii) Defendants' knowledge concerning the drugs' possible adverse effects.

On March 4, 2003, an original Transfer Order assigned all HRT cases to the Eastern District of Arkansas and to the Honorable William R. Wilson, Jr., for coordinated and consolidated pretrial proceedings, under the case name In re Prempro, MDL No. 1507.

Subsequent Prempro cases filed in federal courts have been and continue to be reviewed by the Panel and, if related, transferred to the Eastern District of Arkansas to become part of MDL No. 1507 as "tag along" cases. This lawsuit has been identified as a "tag along" case and it is expected that this case will be transferred to the In re Prempro, MDL, shortly.

Pursuant to an Order by Judge William R. Wilson dated December 17, 2003, Robert K. Jenner, Esq., was appointed to the Plaintiffs Steering Committee of the In re Prempro, MDL. Discovery began in December 2003 and has continued to date. Mr. Jenner has been actively involved in the discovery process.

Counsel for Plaintiffs has conferred with counsel for Defendants regarding this motion, and counsel for Defendants have no objection to this motion.

Wherefore, Plaintiffs request this Honorable Court to grant Plaintiffs' Motion for Entry of Appearance *Pro Hac Vice* of Robert K. Jenner, Esq..

Plaintiffs,
By their attorneys,

Jeffrey M. Padwa (#5130)
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903
(401) 273-8330
(401) 751-7830

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I, Robert K. Jenner, hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Maryland (Bar 04165), the District of Columbia (399969), and of the following Federal District Courts and/or Court of Appeals Bar(s): U.S. District Court of Maryland (3/14/86); U.S. Court of Appeals, 4th District (7/25/88);U.S. Court of Appeals of the District of Columbia Circuit (5/26/92 - Bar #41579); U.S. Supreme Court (2/24/92); and, that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime.

(4) During the past 24 months, I have not applied to be admitted PHV in any case in this district. However, I will be applying Pro Hac Vice in another case filed in this District on May 26, 2005, captioned *Diane Hagan v. Wyeth, Inc., et al.,* C.A. #05-232.5, which is also involved in the Pharmaceutical litigation.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

We certify that we have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

Robert K. Jenner
Janet, Jenner & Suggs, LLC
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208
Tel: (410) 653-3200
Fax: (410) 653-6903

Local Associate Counsel:

Jeffrey M. Padwa (Rhode Island Bar 5130)
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
Tel: (401) 273-8330
Fax: (401) 751-7830

**Order:** **This Motion is hereby** ______________________

______________________________
**U.S. District Judge**
**Date:** ______________________

**pro hac vice motion (rev. 3/05)**

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within by regular mail, postage prepaid, to the following on this 26th day of August, 2005:

Joseph K. Scully
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Kevin C. Cain
Peabody & Arnold
30 Rowes Wharf
Boston, MA 02110

John A. Tarantino
David A. Wollin
Adler Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903

The Corporation Company
(Resident Agent for Greenstone, Ltd.)
30600 Telegraph Road
Bingham Farms, MI 48025

Brooks R. Magratten
Vetter & White
20 Washington Place
Providence, RI 02903

Matthew V. Brammer
Jacqueline Sheridan
Ulmer & Berne
600 Vine Street, Suite 2800
Cincinnati, OH 45202

Jennifer A. Daluz