FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 03 2005
JAMES W. McCORMACK, CLERK
By: [signature] DEP CLERK

David A. DiMarzio
Clerk of Court

## *UNITED STATES DISTRICT COURT*
### *District of Rhode Island*

Robert R. Henry
Chief Deputy Clerk

September 14, 2005

4-05-CV-1353 WRW

James W. McCormack, Clerk
U.S. District Court
Eastern District of Arkansas
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

This case assigned to District Judge Wilson
and to Magistrate Judge Jones

RE: Jeanne E. Tsakeres, et al - USDC-RI #05-286
MDL - 4:03cv1507 - In re Prempro Products Liability Litigation

Dear Clerk:

Pursuant to the Conditional Transfer Order relative to the above captioned case, enclosed please find the original pleadings and a certified copy of the docket relative to the above-captioned matter,

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely,
David A. DeMarzio
Clerk of Court

BY: [signature]
Barbara L. Barletta
Deputy Clerk
(401) 752-7204